# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

WILLIE DIAMOND                                                    PLAINTIFF

v.                              Civil No. 4:18-cv-4068

JACKIE RUNION, *et al.*                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 13, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 4). Judge Bryant recommends that Plaintiff Rae Quean Jackson's case be dismissed without prejudice for failure to comply with a court order and for failure to prosecute this case.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 4) *in toto*. Accordingly, Plaintiff's complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of July, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge